IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                 3:01cr107/LAC
                                     3:06cv377/LAC/MD

JIMMY MERCHANT, SR.
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 13, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to vacate as incorporated into his supporting memorandum (doc. 197) is summarily dismissed.

DONE AND ORDERED this 28th day of September, 2006.

                                           s/*L.A. Collier*
                                           **LACEY A. COLLIER**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**