IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                      CASE NO:  3:01cr107/LAC
                                                                                         3:06cv377/LAC/MD

JIMMY MERCHANT, SR.
_____

## **ORDER**

The defendant has filed a notice of appeal (doc. 204) and a motion for certificate of appealability (doc. 205) with respect to the order entered on September 28, 2006 (doc. 200). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of September 28, 2006, a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed. The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal. Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 14th day of November, 2006.

                                                 s/*L.A. Collier*
                                                 **LACEY A. COLLIER**
                                                 **SENIOR UNITED STATES DISTRICT JUDGE**