**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:01CR107/LAC/MD

JIMMY MERCHANT, SR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on November 20, 2006
Motion/Pleadings: Petitioner's Objection to the Magistrate's Construal of the Certificate of Appealability Motion as a Notice of Appeal and Incorporated Motion to Strike Entry Therewith
Filed by DEFENDANT                on 11/17/06            Doc.# 210
RESPONSES:

                                              on                Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Donna Bajzik
LC (1 OR 2)                    Deputy Clerk: Donna Bajzik

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of November, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) This court will construe a notice of appeal filed alone as a request for certificate of appealability and vice versa.  In its order denying defendant's request for a certificate of appealability, the court found that defendant had not made a substantial showing of a denial of a constitutional right, which is tantamount to the "merits adjudication" on said motion that he purports to seek.  If defendant wishes to voluntarily dismiss his appeal, he may do so via separate motion.  If he wishes to seek extensions of procedural deadlines, he may move for such relief by appropriate motion.*

                                      s/*L.A. Collier*
                                **LACEY A. COLLIER**
                        *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.